UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
APR 07 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of       Case   08CR281-2

USA
vs
FRED MAHAFFY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| SIGNATURE s/ Robert D. Kuzas |
|---|
| FIRM Law Ofc of Robert D. Kuzas LTD |
| STREET ADDRESS 222 N LaSalle #200 |
| CITY/STATE/ZIP Chicago IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ILL ARDC # 6200316 | TELEPHONE NUMBER 312-629-1400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [X]   NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL [X]   APPOINTED COUNSEL [ ] |