## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 281 - 2 | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA vs. Fred Mahaffy | | |

**DOCKET ENTRY TEXT**

Pursuant to a telephonic request by Defendant's counsel, preliminary examination set for 4/25/08 at 2:00 p.m. is stricken.  Preliminary examination reset for 5/9/08 at 3:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|