UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 281-2 |
| | ) | |
| v. | ) | Hon. Susan E. Cox |
| | ) | United States Magistrate Judge |
| FRED MAHAFFY | ) | |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT
## WITHOUT PREJUDICE

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Dismiss Complaint:

On April 7, 2008, the government filed a Criminal Complaint in this matter. The government's investigation continues and as a result, the government moves to dismiss the complaint against defendant FRED MAHAFFY in the above-captioned case, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Dated: May 8, 2008

By:   /s/   Tinos Diamantatos   6281728
TINOS DIAMANTATOS
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-4317

## CERTIFICATE OF SERVICE

Tinos Diamantatos, an Assistant United States Attorney assigned to the instant matter, hereby certifies that the attached **GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** was served on May 8, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served by first class mail, postage prepaid, on the following party:

Robert Dean Kuzas, Esq.
*Counsel for Fred Mahaffy*
Robert Kuzas, Ltd.
222 North LaSalle
Suite 200
Chicago, IL 60601

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Tinos Diamantatos 6281728
TINOS DIAMANTATOS
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-4317